IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AARON GEORGE GUZMAN § <br> & DANIEL W. JOHNSON § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> TECHERTAIN, LLC D/B/A ONBUZZ, § <br> ALAN ELIAS, & DAVID VAN GORDER § <br> § <br> Defendants. § | Civil Action No. 1:15-CV-01061-ML |

## JOINT MOTION TO DISMISS CLAIMS WITHOUT PREJUDICE

Plaintiff Daniel W. Johnson ("Johnson") and Plaintiff Aaron George Guzman ("Guzman") intend hereby to dismiss their claims against the above Defendants without prejudice to refiling. Accordingly, the parties file this Joint Motion to Dismiss Claims Without Prejudice.

### I. JOINT MOTION TO DISMISS JOHNSON'S CLAIMS WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that each of Plaintiff Johnson's claims against the Defendants are hereby voluntarily dismissed *without prejudice* to refiling, with each party to bear its own costs and fees. The parties accordingly request that the Court enter an order of dismissal in the agreed-upon form attached hereto as **Exhibit A**.

### II. JOINT MOTION TO DISMISS GUZMAN'S CLAIMS WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, pursuant to a confidential settlement agreement, that each of Plaintiff Guzman's claims against the Defendants are hereby voluntarily dismissed *without prejudice* to

refiling, with each party to bear its own costs and fees. The parties accordingly request that the Court enter an order of dismissal in the agreed-upon form attached hereto as **Exhibit B.**

Respectfully submitted,

<u>/s/ *Joseph M. Leak (with permission)*</u>
Joseph M. Leak, Esq.
**Babb Reed & Leak PLLC**
1003 Rio Grande Street
Austin, Texas 787
Telephone: (512) 580-5014
Facsimile: (512) 857-0118
Email: jleak@brltexaslaw.com
*Attorney for Plaintiffs*

<u>/s/ *M. Wilson Stoker*</u>
M. Wilson Stoker, Esq.
**COKINOS | YOUNG**
Las Cimas IV
900 S. Capital of Texas Highway, Suite 425
Austin, Texas 78746
Main: 512-476-1080
Fax: 512-610-1184
wstoker@cokinoslaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served on the following counsel of record on November 19, 2018 through the CM/ECF system.

    Joseph Leak, Esq.
    Babb Reed & Leak PLLC
    1003 Rio Grande Street
    Austin, Texas 78701

                                           */s/ M. Wilson Stoker*
                                           M. Wilson Stoker, Esq.