# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AARON GEORGE GUZMAN § <br> & DANIEL W. JOHNSON § <br> § <br> **Plaintiffs,** § <br> § <br> v. § <br> § <br> TECHERTAIN, LLC D/B/A ONBUZZ, § <br> ALAN ELIAS, & DAVID VAN GORDER § <br> § <br> **Defendants.** § | Civil Action No. 1:15-CV-01061-ML |

## ORDER GRANTING PLAINTIFF DANIEL JOHNSON'S
## MOTION TO DISMISS WITHOUT PREJUDICE

On this day come to be heard Plaintiff Daniel Johnson's Motion to Dismiss Claims Without Prejudice (the "Motion"). Having reviewed the Motion, and noting that the same is agreed-upon by the parties, the Court finds that the Motion should be GRANTED. It is therefore

ORDERED that the Motion is GRANTED, and that Plaintiff Daniel Johnson's claims that were asserted or that could have been asserted in this action are hereby dismissed *without prejudice* to refiling same.

SO ORDERED this _____ day of _____, 2018.

_____
PRESIDING JUDGE

5