# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **AARON GEORGE GUZMAN** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 1:15-CV-01061-ML |
| **TECHERTAIN, LLC D/B/A ONBUZZ, ALAN ELIAS, & DAVID VAN GORDER** | § § § § | |
| **Defendants.** | § § | |

## ORDER GRANTING PLAINTIFF AARON GEORGE GUZMAN MOTION TO DISMISS WITHOUT PREJUDICE

On this day come to be heard Plaintiff Aaron George Guzman's Motion to Dismiss Claims Without Prejudice (the "Motion"). Having reviewed the Motion, and noting that the same is agreed-upon by the parties, the Court finds that the Motion should be GRANTED. It is therefore

ORDERED that the Motion is GRANTED, and that Plaintiff Aaron George Guzman's claims that were asserted or that could have been asserted in this action are hereby dismissed *without prejudice* to refiling same.

SO ORDERED this _____ day of _____, 2018.

_____
PRESIDING JUDGE

7